IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN PISARES-VALENZUELA,<br><br>Defendant. | CASE NO. 8:12CR282<br><br><br>ORDER |

This matter is before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 386). The Court has reviewed the record in this case and, being duly advised in the premises, finds the United States' Motion should be granted.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 386) against Defendant Adrian Pisares-Valenzuela is granted; and

2. The second Forfeiture Allegation of the Superseding Indictment concerning $1,841.00 in United States currency is hereby dismissed.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge