# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR282** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **ADRIAN PISARES-VALENZUELA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's Motion For Dismissal of Counts (Filing No. 416).  Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of Counts II and VI of the Superseding Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED:

    1.   The government's Motion For Dismissal of Counts (Filing No. 416) is granted; and

    2.   Counts II and VI of of the Superseding Indictment against Defendant Adrian Pisares-Valenzuela are dismissed.

DATED this 24th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge